IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

ANTHONY WILSON                                                       PLAINTIFF

V.                                          CIVIL ACTION NO. 3:18-CV-187-KHJ-LGI

WARDEN C. RIVERS                                     RESPONDENTS

ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation [17] of United States Magistrate Judge Linda R. Anderson. That Report recommends that this Court deny the petition for writ of habeas corpus filed by Anthony Wilson. Written objections to the Report were due by January 12, 2021. The Report notified the parties that failure to file written objections to the findings and recommendations contained therein by that date would bar further appeal in accordance with 28 U.S.C. § 636. *Id.*

This Court, finding that there has been no submission of written objections by any party, hereby adopts the Report and Recommendation as the Order of this Court. Accordingly, this case is dismissed with prejudice. A separate Final Judgment will issue this day.

SO ORDERED, this the 14th day of January, 2021.

                                                           s/ *Kristi H. Johnson*
                                                           UNITED STATES DISTRICT JUDGE